

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-20-00528-CV

Alberto **MUNIZ** and Bridget Muniz,
Appellants

v.

Mike **DUGI** and Mary Ann Dugi,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-18-0000406
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On May 11, 2022, we issued an opinion and judgment in this case. On May 26, 2022, appellants filed a timely motion for extension of time to file a motion for rehearing and request for en banc reconsideration. We GRANT appellants' motion for extension of time and ORDER the motion for rehearing and request for en banc reconsideration, if any, to be filed **by June 15, 2022**. TEX. R. APP. P. 49.8.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court